UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERRELL JAMES SUGGS                          CIVIL ACTION

VERSUS                                       NO: 14-1511

STATE OF LOUISIANA                           SECTION: R(4)

## ORDER AND REASONS

Before the Court is Terrell Suggs's 28 U.S.C. § 2254 petition for a writ of *habeas corpus*,[1] defendant State of Louisiana's response,[2] and the Magistrate Judge's Report and Recommendation ("R&R") that Suggs's petition be dismissed.[3]  The Court, having reviewed *de novo* the complaint, the record, the applicable law, and the Magistrate Judge's unopposed R&R, hereby approves the R&R and adopts it as its opinion.  For the reasons stated in the R&R, Suggs's petition is a successive petition over which this Court has no jurisdiction.

Rule 11(a) of the Rules Governing Section 2254 Proceedings provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant."  A court may only issue a certificate of appealability if the petitioner makes "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

---

[1] R. Doc. 5.

[2] R. Doc. 16.

[3] R. Doc. 17.

The "controlling standard" for a certificate of appealability requires the petitioner to show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented [are] adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)) (quotation marks removed).

The Court concludes that Suggs's petition fails to satisfy this standard. Accordingly, the Court will not issue a certificate of appealability.

For the foregoing reasons, the Court DISMISSES Suggs's petition for *habeas corpus* for lack of jurisdiction and DENIES a certificate of appealability.

New Orleans, Louisiana, this __12th__ day of March, 2015.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE